Daron PEAL, Appellant,

v.

STATE of Missouri, Respondent.

WD 77446

Missouri Court of Appeals,
Western District.

FILED: May 26, 2015

Mark A. Grothoff, Columbia, MO, for appellant.

Dora Fichter, Jefferson City, MO, for respondent.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Cynthia L. Martin, Judges

### ORDER

Per Curiam

Daron Peal appeals the denial of his Rule 24.035 motion for post-conviction relief after he pled guilty to second-degree (felony) murder and armed criminal action. After a thorough review of the record and the briefs, we find no error and affirm the judgment of the motion court. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

AFFIRMED. Rule 84.16(b)